UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY D. AMAKER,

                Plaintiff,

-against-

K. GERBING, *et al.*,

                Defendants.

17-CV-3520 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

      By order dated October 17, 2019, the Court directed Plaintiff to file an amended complaint within sixty days. (ECF No. 14.) On December 11, 2019, the Court received from Plaintiff a motion seeking an extension until January 13, 2020, to submit the amended complaint. Plaintiff's motion is granted, and he must file his amended complaint in this action on or before January 13, 2020.[1] If Plaintiff fails to comply within the time allowed, and he cannot show good cause to excuse such failure, the complaint will be dismissed for failure to state a claim upon which relief can be granted.

SO ORDERED.

Dated:   December 16, 2019
          New York, New York

                                      Louis L. Stanton
                                          U.S.D.J.

---

[1] Plaintiff has consented to electronic service of Court documents. (ECF 3.)